The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                        )<br>                    Plaintiff, )<br>                                        )<br>          v.                         )<br>                                        )<br>MEDTRONIC, INC., and PHYSIO-CONTROL, )<br>INC., corporations, and WILLIAM A.  )<br>HAWKINS and BRIAN D. WEBSTER,  )<br>individuals,                      )<br>                                        )<br>                    Defendants. )<br>                                        )<br>                                        )<br>                                        ) | No. C08-0649-JCC<br><br>ORDER AMENDING CONSENT<br>DECREE |

_____

The Consent Decree of Permanent Injunction entered on May 9, 2008, is hereby amended so that the limit of "ten percent (10%)" set forth in Paragraph 5.G at page 10, line 26, which was changed to "twelve percent (12%)" by order of this Court on January 5, 2009, is changed to "seventeen percent (17%)" only for the year from May 9, 2008, to May 8, 2009. This increase to seventeen percent (17%) will not affect the existing twelve percent (12%) limitation in Paragraph 5.G for any year other than the year from May 9, 2008, to May 8, 2009.

IT IS SO ORDERED.

Dated this 10th day of March, 2009.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/Allan Gordus
Allan Gordus
Trial Attorney