THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C08-649-JCC |
|---|---|
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO AMEND CONSENT DECREE OF PERMANENT INJUNCTION |
| v. | |
| PHYSIO-CONTROL, INC., a corporation, and BRIAN D. WEBSTER, an individual, | |
| Defendant. | |

This matter comes before the Court on Defendants' Unopposed Motion to Amend Consent Decree of Permanent Injunction ("Consent Decree"). (Dkt. No. 3). The Consent Decree entered on May 9, 2008, and amended on January 5, 2009, March 10, 2009, August 4, 2009, October 23, 2009, December 7, 2009, and May 23, 2012, is hereby further amended to release Defendant Brian D. Webster, pursuant to Paragraph 17 of the Consent Decree. Brian D. Webster has no further obligations under the Consent Decree. Should Mr. Webster become employed by or affiliated with Physio-Control, Inc., he will be subject to the Consent Decree if at that time it is otherwise still in effect.

Throughout the Consent Decree, the term "Defendants" shall not include Brian D. Webster, but shall continue to include Physio-Control, Inc.

Henceforth, all pleadings filed in conjunction with this case shall not include Brian D. Webster in the case caption, but shall continue to include Physio-Control, Inc.

SO ORDERED.

DATED this 25th day of August 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
AMEND CONSENT DECREE OF PERMANENT
INJUNCTION
PAGE - 2