THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C08-0649-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PHYSIO-CONTROL, INC., a corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Physio-Control, Inc.'s unopposed motion to dissolve the May 9, 2008 consent decree in its entirety (Dkt. No. 24). Because an approved consent decree represents a judgment of the court, a party seeking relief from its terms must establish one of the grounds identified in Federal Rule of Procedure 60(b). *Rufo v. Inmates of Suffolk Cty. Jail*, 502 U.S. 367, 378 (1992); *Bellevue Manor Assocs. v. United States*, 165 F.3d 1249, 1256 (9th Cir. 1999). Defendant has not identified the grounds for its request. Therefore, the Court ORDERS Defendant to file a supplemental brief within thirty (30) days showing why dissolution of the consent decree is warranted. The Clerk is DIRECTED to re-note Defendant's

motion (Dkt. No. 24) for March 10, 2021.[1]

DATED this 8th day of February 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

---

[1] The Court also DIRECTS the Clerk to strike Defendant's earlier-filed motion to dissolve the consent decree (Dkt. No. 23) as it is rendered moot by the instant filing (Dkt. No. 24).